IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CLARENCE D. JOHNSON, JR.,

    Plaintiff,

v.                                                                No. 1:21-cv-00129-MV-LF

ANTIDEFAMATION LEAGUE,
ACLU, TRUMP, OBAMA, BIDEN,
UNITED NATIONS, QUEEN ELIZABETH,
and KAMALA HARRIS,

    Defendants.

## MEMORANDUM OPINION AND ORDER OF DISMISSAL

**THIS MATTER** comes before the Court on *pro se* Plaintiff's Amended Complaint, Doc. 8, filed February 22, 2021, and Plaintiff's Motion to Amend Complaint, for New Judge and to Send Documents, Doc. 9, filed March 8, 2021 ("Motion"). Plaintiff is proceeding *in forma pauperis* pursuant to 28 U.S.C. § 1915.

Plaintiff's original Complaint was largely unintelligible. It contains words and phrases but very few complete sentences. *See* Doc. 1, filed February 16, 2021. United States Magistrate Judge Laura Fashing notified Plaintiff that his Complaint failed to state a claim upon which relief can be granted, and granted Plaintiff leave to file an amended complaint. *See* Doc. 7, filed February 18, 2021.

The Amended Complaint alleges:

Illiegal KN95 use face mask kidnappings Covid CDC FCC Dept energy Enviorenmental Law Buisness Dept OSLA 1-888-614-7233 Crimes Kidnappings Foreign Policy axtortion charges see Angela Byers 513-421-4310 Vice President Kamala Harris call Dex VP (Lorrie) 1844 339 6334 ... Contact Alayne Frankson Wallace 212-963-4475 United States Conflict of Interest

[sic] Complaint at 2-3.

>Plaintiff also filed a Motion which states:
>
>Motion Amend Complaint Rule 15.
>
>Now comes the Attorny sending Motion to Amend Complaint based in facts of the courts these Defendants have been sewed.
>
>Motion for New Judge Foreign Policy
>
>Now Comes the Attorny sending in motion for a new judge you need hearing + trials Im not on trial these Defendants need lawyers I dont have to prove anything to you
>
>Motion to Send Documents per Federal Courthouse Rules
>
>see Angela Byers FBI Public Corruption Treason Charges

[sic] Motion at 1-3.

The Court denies the Motion because Plaintiff has not stated with particularity the grounds for the relief he seeks and, except for a reference to Rule 15 of the Federal Rules of Civil Procedure, he has not cited legal authority in support of his motion.  *See* D.N.M.LR-Civ. 7.1(a), 7.3(a) ("A motion . . . must cite authority in support of the legal positions advanced.").  The Court has previously granted Plaintiff leave to file an amended complaint, and Plaintiff has filed an Amended Complaint.  Allowing Plaintiff to file a second amended complaint would be futile.

The Court dismisses this case because the Amended Complaint fails to state a claim upon which relief can be granted.  *See* 28 U.S.C. § 1915(e)(2) ("the court shall dismiss the case at any time if the court determines that . . . the action . . . fails to state a claim on which relief may be granted").

**IT IS ORDERED** that:

(i)  Plaintiff's Motion to Amend Complaint, for New Judge and to Send Documents, Doc. 9, filed March 8, 2021, is **DENIED.**

(ii) This case is **DISMISSED without prejudice.**

_____
**MARTHA VÁZQUEZ**
**UNITED STATES DISTRICT JUDGE**